United States District Court
Northern District of California

1
2
3
4                        UNITED STATES DISTRICT COURT
5                       NORTHERN DISTRICT OF CALIFORNIA
6                              SAN JOSE DIVISION
7
8    FERNANDO GASTELUM,                    Case No.  21-cv-06714-VKD
9                   Plaintiff,
10          v.                             **ORDER TO SHOW CAUSE RE
                                           DISMISSAL FOR FAILURE TO
11   TJX COMPANIES,                        PROSECUTE**
12                  Defendant.
13
14          On January 19, 2022, the Court granted defendant's Rule 12(b)(1) motion to dismiss for

15   lack of subject matter jurisdiction, concluding that Mr. Gastelum's complaint failed to allege

16   sufficient facts establishing his Article III standing to bring a claim under Title III of the American

17   with Disabilities Act of 1990 ("ADA"), 42 U.S.C. § 12182, *et seq*.  Mr. Gastelum's state law

18   claim was dismissed without prejudice.  Dkt. No. 18.  He was given until February 9, 2022 to file

19   an amended complaint.  *Id.*

20          To date, no amended complaint has been filed.  Accordingly, by **March 7, 2022**, Mr.

21   Gastelum shall file a response to this order, showing cause why this action should not be

22   dismissed for failure to prosecute.  Mr. Gastelum's failure to respond to this order will result in the

23   dismissal of this action with prejudice.

24          **IT IS SO ORDERED.**

25   Dated: February 24, 2022

26

27

28                                          VIRGINIA K. DEMARCHI
                                            United States Magistrate Judge