United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FERNANDO GASTELUM, | Case Nos.  5:23-cv-00726 NC |
| Plaintiff, | **SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| v. | |
| THE TJX COMPANIES, INC., | |
| Defendant. | |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to the Honorable Virginia K. DeMarchi for consideration of whether the case is related to 5:21-cv-06714 VKD, *Gastelum v. TJX Companies.*

**IT IS SO ORDERED.**

Dated:  May 26, 2023

NATHANAEL M. COUSINS
United States Magistrate Judge